IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL No. 5:09-cr-14-DCB-LRA

REBECCA ANN JAMES

### FINAL ORDER OF FORFEITURE FOR SUBSTITUTE ASSET

Before this Court is the United States of America's Motion for a Final Order of Forfeiture for Substitute Asset [49]. Having reviewed the Government's motion, this Court finds that it is well taken and should be GRANTED. In support of its ORDER, the Court finds as follows:

WHEREAS, on April 26, 2010, pursuant to 21 U.S.C. § 853, the Court entered an Agreed Preliminary Order for Forfeiture [35] against Defendant Rebecca Ann James for a forfeiture money judgment in the amount of $5,786.77.

WHEREAS, on May 5, 2010, James was sentenced to three years of probation; the forfeiture money judgment was included in her Judgment [36].

WHEREAS, there were no known potentially interested parties to be notified, and the United States of America caused to be published via the internet at www.forfeiture.gov notice of this forfeiture and of the intent of the United States of America to dispose of the property in accordance with the law and as specified in the Preliminary Order, notifying unknown third parties of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the **Subject Property**; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that the defendant had an interest in the property that is subject to forfeiture pursuant to 21 U.S.C. § 853(p);

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the **$5,681.89 Treasury Offset Program ("TOP") payment (23-USM-000178)** is hereby forfeited to the United States of America pursuant to 21 U.S.C. § 853(p).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED, ADJUDGED, AND DECREED this  6th  day of  September  2023.


s/David Bramlette
DAVID BRAMLETTE III
UNITED STATES DISTRICT JUDGE